Ray Davies and Dorothy Davies, Plaintiffs-Appellants, v. Carstensen Freight Lines, Inc., Defendants-Appellees.

Gen. No. 10,736.

McDonald & McCracken, for appellants; Elliott R. McDonald, and Hubbard B. Neighbour, of counsel; Huber, Reidy & Katz, for appellees; Isadore I. Katz, and C. C. McAndrews, of counsel. Opinion by JUSTICE WOLFE. Not to be published in full. Opinion filed August 9, 1954; opinion slightly modified and rehearing denied September 3, 1954; released for publication September 3, 1954.